FILED

2003 OCT 24 P 12: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LETROY HUNDLEY | : | PRISONER |
| | : | NO. 3:02CV1663(RNC)(DFM) |
| VS. | : | |
| | : | |
| CAPTAIN LEEN COMMONO, ET AL | : | OCTOBER 23, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AS TO EXHAUSTION[1]

The sole remaining defendant in the above-captioned matter, Officer Christie, respectfully moves for an additional thirty days, up to and including November 22, 2003, within which to file her Motion for Summary Judgment as to the exhaustion issue. In support of this motion, the defendant represents as follows:

1. The schedule and case volume of the undersigned counsel has made more timely filing most difficult;

2. The undersigned counsel is in the process of collecting Affidavits from various witnesses and is nearing completion, although some witnesses have been more difficult to locate than others;

3. This is the first motion for an extension of time as to this deadline; and

4. Due to his incarceration, the defendant has not ascertained the position of the plaintiff with regard to this motion.

---

[1] The defendant moved for permission to file a Motion for Summary Judgment solely on the issue of exhaustion of administrative remedies, reserving her right, if unsuccessful on the motion regarding exhaustion, to file a summary judgment motion with regard to the merits of the plaintiff's cause of action. This motion was granted by the Court on August 27, 2003.

Officer Pamela Christie

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 23d day of October, 2003:

Letroy Hundley, Inmate No. 274106
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Lynn D. Wittenbrink
Assistant Attorney General