UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LETROY HUNDLEY | : | PRISONER |
| | : | NO. 3:02CV1663(RNC)(DFM) |
| VS. | : | |
| | : | |
| CAPTAIN LEEN COMMONO, ET AL | : | OCTOBER 27, 2003 |

### MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION[1]

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the sole remaining defendant in the above-captioned matter, Officer Pamela Christie, moves for summary judgment in her favor as the plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). In support of this motion, the defendant provides a Memorandum of Law, Affidavits, and a Statement of Material Facts Not in Dispute.

---

[1] The defendant moved for permission to file a Motion for Summary Judgment solely on the issue of exhaustion of administrative remedies, reserving her right, if unsuccessful on the motion regarding exhaustion, to file a summary judgment motion with regard to the merits of the plaintiff's cause of action. This motion was granted by the Court on August 27, 2003.

DEFENDANT,
Officer Pamela Christie

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 27th day of October, 2003:

Letroy Hundley, Inmate No. 274106
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Lynn D. Wittenbrink
Assistant Attorney General