FILED
2003 NOV 10 P 4 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY HUNDLEY '274106'          NO. 3:02cv1663 'RNC' 'DFM'
                                DATE 11-5-03
         V

PAMELA CHRISTEE

- IN RESONSE TO THE DEFEDANTS Motion
FOR SUMMARY JUDGMENT ON THE BASIS OF
EXHAUSTION -

PLAINTiff ARGUES THAT THE DEFEDANTS Exhibit M IS NOT AN official AFFIDAVIT STATEMENT from former GRievance Coordinator Counselor Ouellette and Counselor Witten Brink THere for Implied Her own Assumption on THE MATTER OF Counselor Ouellettes own Written Response.
 THAT HE HAD indeed READ THE Request forwarded To Him By MAJOR CHRistine WHidden and THAT After Bereiwing THE GRievance Written on PAMELA CHRISTEE He THEN Noted It WAS Rejected due to it Being A disiplinary issue wich was false.
   Ms. Witten Brink's Assumption is Clearly Her Owns and There for misleading THE COURT in to Believing THAT Counselor Ouellete Assumed THE same.
    THE Written Request Addresses Clearly THE 7-1-02 Incident and STATES PAMELA CHRISTEES Involvment as THE Reason for THE GRievance. THere was No misleading

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '274106'         NO 3:02CV1663'RNC'JFM'
VS                              DATE 11-05-03
PAMELA CHRISTEE

- IN RESPONCE To Defendants Motion ON
Summary Judgement on THE Exhaustion ISSUE.


THE following is In Support of THE Plaintiffs
Claim of Exhaustion Remedy

Exibit **A1** IS THE Plaintiffs Copy of
THE Original Handwriten Request and Responce
written TO MAJOR Willidden at THE Northern
Correctional facility in Regards TO Grevence
writen By Plaintiff on PAMELA CHRISTEE.

All So ATACHED IS Exibit **A2** wich is
Grevance Counselor J. Ouellet Response Stating
ON 8-19-02 Plaintiffs Grevance was Rejected
Counselor Ouellets Response is undated and
Shows fact To Plaintiffs claim That level 1
Grevance was filed and That Request was not
given to Him in a timely manner and STAff disregarded
Plaintiff incident and injurys.

A1

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

HOUSING UNIT: (I)  II  III     EAST or (WEST)     Cell # 120
(Circle One)

Date: 9-4-02

Inmate Name: LETROY HUNDLEY     Number: 274106

Request: WROTE WARDEN MYERS AND WARDEN MURPHY ON WHY I NEVER RECIEVED GRIEVANCE REMEDY FOR ALTERCATION ON 7-1-02 WICH I WROTE C.O. CHRISTEE A GRIEVANCE FOR PLACEING ME IN DANGER WITH INMATE WHO HAD PRIOR ASSAULTED ME 3-1-02 AND WOULD LIKE TO KNOW WHY?

(Continue on back if necessary)

Submitted to: Mr. Whidden     Date Received: 9/04/02

Acted on by: Referred to Counselor Ouellette

Action taken and/or response: Sir, I have referred this request to Counselor L. Ouellette NCI's Grievance Coordinator for review + Action as necessary

Major Coates
C. Captain Butler
Counselor Ouellette
file

Date of Response to Inmate: 9/4

Signature of Staff Member: Whiddin

I 050 (Revised 03-19-01)

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

HOUSING UNIT: (I)  II  III    EAST or (WEST)    Cell # 106
(Circle One)

Date: 9-4-02

Inmate Name: LETROY HUNDLEY    Number: 274106

Request: WROTE WARDEN MYERS AND WARDEN MURPHY ON WHY I NEVER RECEIVED GRIEVANCE REMEDY FOR ALTERCATION ON 7-1-02 WHICH I WROTE C.O. CHRISTEE A GRIEVANCE FOR PLACEING ME IN DANGER WITH INMATE WHO HAD PRIOR ASSAULTED ME 3-1-02 AND WOULD LIKE TO KNOW WHY?

(Continue on back if necessary)

Submitted to: Mr. Chadder    Date Received: 9/4/02

Acted on by: Refered to Counselor Ouellette

Action taken and/or response:
Sir, I have referred this request to Counselor J. Ouellette NCI's Grievance Coordinator for review + action as necessary

Date of Response to Inmate: 9/4
Signature of Staff Member: A. Chadder

(Revised 03-19-01)

[Margin note:] 8/19 On 8/19/02 Grievance was rejected due to it being a disciplinary issue.

[Bottom right:] Major Coates
C. Captain Butler
Counselor Ouellette
file

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '274106'    NO 3:02C1663 'RNC' 'DFM'

V                          DATE 11-5-03

PAMELA CHRISTEE

- IN RESPONSE TO THE DEFENDANTS MOTion
FOR SUMMARY JUDGMENT ON THE BASIS OF
EXHAUSTION -

-ARGUMENT-

   PLAINTIFF ARGUES HOW Could COUNSELOR Oullet Asumption Be THAT Plaintiff's REQUEST ON 9-4-02 WAS for An Altercation ON 8-2-02 WHen it Clearly STATES HE IS Seeking AN ANSWER ON WHy A Copy of His level 1 GRievance NOT Returned With A Remedy For THE Altercation ON 7-1-02 IN WiCH A Grievance WAS Written on Officer CHRISTEE FOR Her Involvment in the incident and Not Given in a timely manner.

   PLAINTIff further Argues THAT if in deed THIS WAS DATED On 8-19-02 THAT I WAS Given THis Information By Counselor Oullet How could This Happen When THE Request is written on 9-4-02. Clearly This all so STATES Miss information and IS misleading THE COURT.

Page

Redacted

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '274106'        NO 3:02C1663'RNC' 'DFM'

                               DATE 11-5-03

PAMELA CHRISTEE

- IN RESPONCE TO DEFFendants motion of Exthaustion FOR Summary Judgment ON THE BASIS OF EXHAUSTION -

ARGument -

    PLAINTiff Argues THAT ON 9-24-02 OFFender CLASSIFICATion & Population MANAGEMENT UNIT Director FRED LEVESeue Sent A MEMO TO THE PLAINTiff who was then Housed at The Northern Correctional Facility ON How He HAD Reviewed all documents Utilized in Placing THE Plaintiff in Administrative Segregation THE MEMO WAS In Regards To An Appeal Plaintiff filed TO MR. LEVESeue With Concerns To What action would Be TAKEN ON Officer CHRISTEE Who's Involvement in THE 7-1-02 incident led TO THE PLAINTiff LETROY Hundley Being Placed in Segregation.

    During An Administrative Segregation Appeal an Investigation IS Supposed To TAKE place in which Inmate & Staff Give STATEments To Oppose or Confir These Beliefs on why or why not Articular inmate Should Be placed on Administrative Segregation.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '274106'     NO 3:02C1663'RNC'DFM'
✓     DATE 11-05-03

PAMELA CHRISTEE

- IN RESPONCE TO DEFFENDANTS motion of Exhaustion For summary Judgment ON THE BASIS OF Exhaustion -

ARGUment Cont -
    PLAINTIFF ARGUES THAT After NOT Receiving A STATEMENT After Appealing MR. LEVESQUE Decision Another letter WAS Sent in Regards to His Appeal And Again Address THAT THE Plaintiffs Altercation WAS Brought apon By officers CHRISTEES Involvment
    ON 9-26-02 Another memo from MR. LEVESQUE WAS Sent to THE Plaintiff In Regards To his Second letter stating on 9-5-02 His correspondence was Received and AGAIN He HAD Addressed THE Plaintiffs Appeal and There was nothing further to add.
    After Receiving THis memo It Had Become Quite Clear WALKER STAFF and facility Nor Director FRED LEVESQUE Had any Intentions In Rectifing This matter or Diciplining officer PAMELA CHRISTEE and ownly Concern was To Side Track and sweep this Situation under THE RUG so To Say.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY HUNDLEY '274106'            NO 3:02C1663 'RNC' 'DFM'

                                  DATE 11-05-03

PAMELA CHRISTEE

- IN RESPONCE TO DEFENDANTS MOTION ON SUMMARY Judgment ON THE EXHAUSTION ISSUE:

- THE following IS IN Support of THE Plaintiffs Claim Of Exhaustion Remedy -

Exhibit A3 IS A memo Sent to Plaintiff On 9-24-02 In Regards to his Appeal and Placement on To The Administrative Segregation Unit Wich Stemed from The 7-1-02 Incident.

Exhibit A4 IS A memo Sent to Plaintiff On 9-26-02 in Regard To his Second Correspondent letter Again Addressing His Appeal and Concern for The diciplin taken on Officer PAMELA CHRISTEE and Placement on To The Administrative Segregation Unit.



# STATE OF CONNECTICUT   A3

### DEPARTMENT OF CORRECTION
### OFFENDER CLASSIFICATION & POPULATION MANAGEMENT UNIT
*1151 East Street South*
*Suffield, Connecticut 06078*

September 24, 2002

Letroy Hundley #274106
Northern CI
287 Bilton Rd.
Somers, CT 06071

Dear Mr. Hundley,

This will acknowledge receipt of your correspondence received here on August 15, 2002 concerning your current status at the Northern CI.

Please be advised that I have reviewed all documents utilized in placing you on Administrative Segregation status and can find no reason to alter that decision. Your poor disciplinary behavior while in the Close Custody for Chronic Discipline Program at the Walker Building of the MacDougall-Walker CI warrants your placement in the Administrative Segregation program. I advise you to conform to all rules and regulations of the Department of Correction, take advantage of all programs and earn your way back to a general population status.

I will, via copy, apprise Warden Myers of this correspondence, and of your concerns.

Sincerely,

Fred Levesque, Director
Offender Classification &
Population Management

FL/iv

cc:   Warden Larry Myers, Northern CI
      OCPM Administrative Segregation file



# STATE OF CONNECTICUT

DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION & POPULATION MANAGEMENT UNIT
1151 East Street South
Suffield, Connecticut 06078

September 26, 2002

Letroy Hundley #274106
Northern CI
287 Bilton Rd.
Somers, CT 06071

Dear Mr. Hundley,

This will acknowledge receipt of your correspondence received here on September 5, 2002 concerning your current status at the Northern CI.

Please be advised that I previously addressed your appeal in my letter sent to you on September 24, 2002. I have nothing further to add.

I will, via copy, apprise Warden Myers of this correspondence, and of your concerns.

Sincerely,

Fred Levesque, Director
Offender Classification &
Population Management

FL/iv

Cc:   Warden Larry Myers, Northern CI
      OCPM Administrative Segregation file

Page

Redacted

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY HUNDLEY '274106'                    NO 3:02CV1663 (RNC)(JFM)

                                          DATE 11-05-03

PAMELA CHRISTEE

- IN RESPONCE TO DEFEDANTS MOTION ON Summary Judgment ON THE EXHAUSTION ISSUE:

- THE Following IS IN Support of THE Plaintiff's Claim of Exhaustion Remedy -

Exhibit A5 IS zeroxed letter dated 8-29-02 Which is THE DATE letter was Writen.
    THE DATE 9-4-02 Is THE DATE letter was Received By Commissioner MATOS's office.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '271106'                    NO 3:02CY1663 'RNC' 'DFM'

V                                          DATE 11-05-03

PAMELA CHRISTEE

— IN RESONSE TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION —

—ARGUMENT—

　　PLAINTIFF ARGUES THAT ON 8-29-02 A letter written In Regards To THE CONCERNS of THE Plaintiffs Altercations on 6-28-02 and 7-1-02 as well as officer CHRISTEES Involvment on the 7-1-02 incident & the Handleing of That incident was fowarded to Previous Commissioner Peter MATOS.

　　THE letter Addressed THE Concerns of THE Plaintiff, His Injurys and Seeked A resolution.

　　This letter was Received By THE Commissioners office zeroxed and fowarded Back on 9-4-02 with No resolution intact.