UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '274100'

PAMELA CHRISTEE

US DISTRICT COURT NO 3: 02C1663
BRIDGEPORT CT
DATE 11-05-03

FILED
2003 NOV 10

- IN RESPONSE TO THE DEFENDANTS
Motion FOR summary JUDGEMENT ON BASIS
OF EXHAUSTION-

PLAINTIFF OBJECTS TO THE DEFENDANTS
CIAIM THAT PROPER PROCEDURE TO EXHAUST
ADMinistrative Remedies was NOT USED AND THAT
THE PLAINTIFF failed to START THE PROCESS.

-ARGUEMENT-
PLAINTIFFS OBJection is BACKED By THE
ARGUEMENT THAT Due To His Knowledge A
GRievance was indeed filed on officer
PAMELA CHRISTEE for Her Involvment In
THE 7-1-02 Incident On 7-3-02 And Places Responsibility
ON THAT GRievances DissAppearance ON THE WALKER
CORR STAFF And GRievance COORdinator BREEDLOVE
PLAINTIFF Argues THAT CORRection officers DO HAVE
Access To And DO DISCARD GRievances THAT MAY THREATin
An officers Position which what THE Plaintiff Believes
HAS HAppened.  Plaintiff Argues Evidence HAS Been tainted
and PerJury Committed.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY 274106                              NO 3 02C1663 RNC

PAMELA CHRISTEE

By: _Letroy Hundley_

LETROY HUNDLEY 274106
MACDOUGALL-WALKER correTn
1153 EAST STREET SOUTH
Suffield Ct. 06080

I Hereby Certify that a copy of the foregoing
was sent by first-class mail, Postage Prepaid to the
following on this
__11__ day of __05-03__              : To

LYNN D Wittenbrink
Assistant Attorney General
Federal BAR No. CT 08575
110 SHERMAN STreet
HARTford, CT 06105

_Letroy Hundley_

LETROY D. HUNDLEY 274106
PRO SE