UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT

LEROY HUNDLEY '274/66'            NO 3:02CV1663 'RNC' 'DFM'
    V                             DATE
PAMELA CHRISTEE

-IN RESPONSE TO THE DEFENDANTS MOTION FOR
SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION-

MOTION FOR Evidentiary HEARING

Plaintiff ASK THE COURT FOR AN Evidentiary HEARING ON THE GROUNDS I Accuse Deffendants OR STAFF At WALKER CORRECTIONAL STAFF of TAMPERing with Evidence ON THE BASIS OF EXHAUSTION And would like TO Present other Evidence in Cooperation with THE Plaintiff's Claim of Exhaustion AS well AS present Evidence AS TO THE BASIS of MERits to the Claim.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO 3:02C1663'RNC'DFM

LETROY HUNDLEY '274106'

V

PAMELA CHRISTEE

By: *Letroy Hundley*
LETROY HUNDLEY '274106'
MACDOUGALL-WALKER Corr Inst
1153 EAST STREET SOUTH
Suffield CT. 06080

I Hereby Certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 11 day of 05-03:

LYNN D. Wittenbrink
Assistant Attorney General
Federal BAR No. CT08575
110 SHERMAN STREET
HARTFORD, CT 06105

*Letroy Hundley*
LETROY D. HUNDLEY '274106'
Pro. Se.