UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -3 P 4: 26

US DISTRICT COURT
HARTFORD CT

LETROY DEVON HUNDLEY :
:           PRISONER
v. :           Case No. 3:02C1663(RNC)(DFM)
:
LEEN COMMONO, et al. :

RULING AND ORDER

Defendant Christee, the only remaining defendant in this case, has filed a motion for summary judgment on the ground that plaintiff failed to exhaust his administrative remedies before commencing this action. In response to the motion and to the court's notice informing him of the requirements for a proper response to a motion for summary judgment, plaintiff has filed a memorandum and a motion for evidentiary hearing. In the motion for evidentiary hearing, plaintiff states that he wants to present evidence showing that correctional staff tampered with evidence. The evidence would show, according to the plaintiff, that he exhausted his administrative remedies. It also would be relevant to the merits of his claim.

The defendant's motion for summary judgment is directed only to the issue of exhaustion of administrative remedies. Thus, any consideration of evidence relating to the merits of plaintiff's claim is premature. Plaintiff does not describe the evidence

regarding exhaustion of administrative remedies or state why he cannot present his evidence by documents or affidavits.

The plaintiff's motion for evidentiary hearing [**doc. #51**] is **DENIED**. Plaintiff is afforded **twenty (20)** days from the date of this order to file a supplemental opposition to the motion for summary judgment. He may include in his supplemental opposition the evidence regarding exhaustion of administrative remedies which he discusses in his motion for evidentiary hearing. The plaintiff is advised to consult the court's November 5, 2003 notice to guide him in preparing his supplemental opposition.

**SO ORDERED** this 3rd day of December, 2003, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE