UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY #274106        NO. 302CV1663 (RNC)(DFM)

V.                            DATE: 12-29-03

PAMELA CHRISTEE, ET AL

First AMENDED COMPLAINT PLAINTiff motion To "Amend Complaint To add an ADA CLAIM," Also TO Amendment THE SHORT & CONCISE STATEMENT OF Material facts federal RULE 28 C.F.R. § 35.190, also federal Rule 15 (a)(3)

1. THE PLAINTiff, LETROY HUNDLEY, Requests THAT Under THIS SHORT Concise STATEMENT BE Amended TO THE MATERIAL facts THAT WAS RESPECTfully SUBMitted with THE forth going Amended Complaint information:

By Letroy Hundley
LETROY HUNDLEY Prose
WALKER Receptional Mng unit
1153 EAST ST. SOUTH
Suffield Ct. 06078

(1)

## CERTification

I hereby certify THAT THE foregoing was MAILed TO THE Defendants ATTORNEY of Record THIS 12-29 DAY of December 2003

INDIVIDUAL CAPACity
DEFENDANTS
PAMELA CHRISTEE, ET AL


ATTORNEY
LYNN D. WITTENBRINK
Assistant ATTORNEY General
Office of THE ATTORNEY GENERAL
55. Elm STREET, P.O. BOX 120
Special Litigation 4th Floor
HARTford Connecticut
06105

By: *[signature]*
LEROY HUNDLEY Pro Se
WAlker Receptional Mng Unit.
1153 EAST St. SOUTH
Suffield ct. 06078

*[notary signature]*
notary
12-23-03