UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY '271106'          NO 3:02CV1663 'RNC' 'DFM'
VS                                DATE
PAMELA CHRISTEE, ET AL.

DECLARATION IN OPPOSITION TO DEFENDANTS
Motion FOR Summary JUDGMENT Filed on October-22-03

LETROY HUNDLEY Declares Under Penalty of Perjury:

① I am the Plaintiff In the ABOVE entitled CASE. I MAKE THis declaration in opposition to defendants motion for Summary Judgment on my Claim Concerning Deliberate Indifference on Correctional officer PAMELA CHRISTEE, ET AL.

② Defendants affidavits. Claim in Summary, that the Defendant PAMELA CHRISTEE Only ADmits she worked on the first of July 02 and Plaintiff was House In THE B-1 Unit in Walker Correctional. Defendant CHRISTEE Claims No Grievance was filed on Her for Her PART in THe 7-1-02 Incident

By X /s/ Letroy Hundley
LETROY HUNDLEY
MacDougal-Walker Corr Facility
1153 EAST ST. SOUTH
Suffield Ct. 06078

③ THE defendants are not entitled to Summary Judgment because there are genuine issues of material fact to be resolved. These issues are identified in the accompanying Statement of Disputed Factual Issues filed by the Plaintiff pursuant to Rule 38-39 of local Rules of this district court. THE facts are set out in this declaration.

④ On July 1-02 while Housed AT THE Walker Correctional Facility I was Assaulted for THE 2nd time By Inmate Wendal Mcclean.

⑤ On July-1-02 while A Beck in the B-1 Unit My self and Cellmate John Truesdale were Placed in THE B-1 Becks CAGE.

⑥ On July-1-02 I was Asked By C.O. CHRISTEE why my self and Inmate Wendal Mcclean on Seperation from each other.

⑦ After Explaining to MS. CHRISTEE AS SHE IS Called About THE Previous Altercation in wich I was-

By: _____
Walker Correctional SP Mrg
1153 East St. South
Suffield Ct. 06078

⑦ continued- Bitten on my left Rib CAGE And Scratched Right eye She STATed Inmate Mcclean deserved to get his ass whupped.

⑧ Officer CHRISTEE THEN STATED She did not like Inmate Mcclean or His BROTHER Who She Had come in contact with while he was Housed in 13-2 Unit.

⑨ After Pulling up A CHair in front of my Rec's cage and engaging in Small talk Conversation about Her upcoming VACAtion until wich time She Asked My Self and cellmate John TRuesdale That it was time to go in.

⑩ Officer CHRISTEE THEN PRoceeded To Release us From THE Rec's CAGE A PRoceeded to walk away.

⑪ After Releasing me fRom my Rec's CAGE officer CHRISTEE walked in THE Direction of Inmate Mcclean who occupied A Rec's cage four CAGes Down.

⑫ As I Begin to Return to my cell I was ATTACKed from Behind And Pushed To THE GRound in wich I Hit my Head on THE wall Then Steps entering THe 13-1 unit.

⑬ THE NEXT officer I SAW WAS officer William Googe Pulling inmate Mcclean off of me,

Dyx [signature]
LETROY HUNDLEY
Walker Reception
1153 EAST ST. South
Suffield Ct. 06078

14) Contrary to defendants' affidavits, During The altercation SHe neither stoped The Altercation nor prevented it But infact inciting THE Altercation in wich I was Assaulted for THE 2nd time by Inmate Wendl Mcclean.

15) THE foregoing factual allegations create a Genuine issue of material fact and will, if proved at trial, entitle me to Judgment, as explained in the brief submitted with this declaration.

Persuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is TRUE and CORRECT.

Byx /s/ Letroy Hundley
LETBOY HUNDLEY
DATE

3. I have exhausted available administrative remedies. ✓ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   Grievance was Rejected At level A1 Exhibit ①
   Grievance Response from coordinator Rejected Exhibit ②

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

6

EXHIBIT
A1

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

HOUSING UNIT: (I)  II  III    EAST or (WEST)    Cell # 112
(Circle One)

Date: 9-4-02

Inmate Name: LETROY HUNDLEY    Number: 274106

Request: WROTE WARDEN MYERS AND WARDEN MURPHY ON WHY I NEVER RECIEVED GRIEVANCE REMEDY FOR ALTERCATION ON 7-1-02 WHICH I WROTE C.O. CHRISTEE A GRIEVANCE FOR PLACEING ME IN DANGER WITH INMATE WHO HAD PRIOR ASSAULTED ME 3-1-02 And would like to know why?
(Continue on back if necessary)

Submitted to: Mr Chiddix    Date Received: 9/4/02

Acted on by: Referred to Counselor Ouellette

Action taken and/or response: Sir, I have referred this request to Counselor L. Ouellette NCI's Grievance Coordinator for review + action as necessary

Date of Response to Inmate: 9/4
Signature of Staff Member: RChiddix

Major Cotes
C. Captain Butler
Counselor Ouellette
file

CN 050 (Revised 03-19-01)

Exhibit 2

## CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION
### INMATE REQUEST FORM

HOUSING UNIT: **I** II III  (Circle One)   EAST or **WEST**   Cell # 106

Date: 9-4-02

Inmate Name: LETROY HUNDLEY       Number: 274106

Request: WROTE WARDEN MYERS AND WARDEN MURPHY ON WHY I NEVER RECIEVED GRIEVANCE REMEDY FOR ALTERCATION ON 7-1-02 WHICH I WROTE C.O. CHRISTEE A GRIEVANCE FOR PLACEING ME IN DANGER WITH INMATE WHO HAD PRIOR ASSAULTED ME 3-1-02 AND WOULD LIKE TO KNOW WHY?

(Continue on back if necessary)

Submitted to: Mr Whidden       Date Received: 9/04/02

Acted on by: Referred to Counselor Ouellette

Action taken and/or response: Sir, I have referred this request to Counselor J. Ouellette NCI's Grievance Coordinator for review + action as necessary

Response to Inmate: 9/4

Signature of Staff Member: Whidden

C. Major Coates
  Captain Butler
  Counselor Ouellette
  file

8/19 On 8/19/02 grievance was rejected due to it being a disciplinary issue.

(Revised 03-19-01)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO 3:02CV1663'RNC''DFM

LETROY HUNDLEY '274106'

V

PAMELA CHRISTEE

By: *[signature]*
LETROY HUNDLEY '274106'
MACDOUGALL-WALKER Corr Inst
1153 EAST STREET SOUTH
Suffield CT. 06080

I Hereby Certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 29 day of 12-03:

LYNN D. Wittenbrink
Assistant Attorney General
Federal BAR No. CT08575
110 SHERMAN STREET
HARTford, CT 06105

*[signature]*
LETROY D. HUNDLEY '274106'
Pro. Se.