United STATES DISTRICT COURT
DISTRICT OF Connecticut

FILED
2004 JAN 22 P 4: 20
BRIDGEPORT CT

CASE# 3:02CV1663 (RNC)(DFM)
DATE- JAnuary-20-2004

LETROY HUNDLEY
 274106
Plaintiff
V.
PAMELA Christie, ET AL
Defendant

LETROY HUNDLEY 274106
MACDOUGAL-WALKER CORR. Ins
1153 EAST ST. SOUTH
Suffield ct. 06080

Plaintiff Opposes Defendant's motion DATED OCTOBER-27-2003, Also SUPPORT for Summary Judgment under Rule 56. (D) F.R.C.P.

1. Plaintiff LETROY HUNDLEY PROSE move THIS COURT RespecTfully To ConTend under Rule 56. (D) F.R.C.P. THE COURT at hearing of the motion by examining THE pleadings and THE evidence before it and by interrogating Counsel; Shall if practicble ascertain what material facts exist without substantial Controversy and what material facts are actually and good faith Controverted. IT Shall There upon make an Order Specifying THE facts THAT Appear with out Substantial Controversy including THE Extent To which THE Amount of DAMAges or Other relief is not in Controversy And -cont 1·of2

United STATES DISTRICT COURT
    DISTRICT OF Connecticut
cont-

Directing such further proceedings in
The Action ARE just.
Plaintiff PRO.Se reprensenTATion Cannot be
held by court same standards as an
Attorney.

By /s/ Leroy Hundley
LEROY HUNDLEY Pro.se
MacDougall Walker Reception
1153-EAST ST. SOUTH
Suffield Ct. Connecticut
          06078

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO 3:02CA663'RNC' DFM

LEROY HUNDLEY '274106'

V

PAMELA CHRISTEE

By: /s/ Leroy Hundley
LEROY HUNDLEY '274106'
MACDOUGALL-WALKER Corr Inst
1153 EAST STREET SOUTH
Suffield CT. 06080

I Hereby Certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 1 day of 20 2004:

LYNN D. Wittenbrink
Assistant Attorney General
Federal BAR NO. CT08575
110 SHERMAN STREET
HARTFORD, CT 06105


/s/ Leroy Hundley
LEROY D. HUNDLEY '274106'
Pro. Se.