UNiteD STATES DISTRICT COURT
DISTRICT OF CONNECTICUT          FILED

CASE no. 3:02 cv1663 RNC  BFM 28
DATE - 03-9-04

2004 MAR 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LETROY HUNDLEY  Pro se
274106

V.

Defendant PAMELA CHRISTEE

MOTION for AN INJunnction Relief

PlainTiff respectfully moves THE COURT FOR Immediate relief in the form of an injucnnTion UNDER Rule 56 TO Review Evidence TO This Civil matter THAT DEFENDANTS Violated Pro se's EighTH Amendment & UNDER DOC Adm 10.9 Americans Disabilitys Act. IS Intitled TO Amunity over THE D.O.C Grievance PRoceedures forwarded in PRO Se's Amended Complaint.

By x /s/ Letroy Hundley
LETROY HUNDLEY  Pro Se
WAlKER RECEPTional Mng. Unit
1153 EAST ST. SOUTH
Suffield Ct. 06078

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO 3:02C1663'RNC'DFM

LETROY HUNDLEY '274106'

v.

PAMELA CHRISTEE

By: /s/ Letroy Hundley
LETROY HUNDLEY '274106'
MACDOUGALL-WALKER Corr Inst
1153 EAST STREET SOUTH
Suffield CT. 06080

I Hereby Certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 3 day of MARCH 2004:

LYNN D. Wittenbrink
Assistant Attorney General
Federal BAR No. CT08575
110 SHERMAN STREET
HARTFORD, CT 06105

/s/ Letroy Hundley
LETROY D. HUNDLEY '274106'
Pro. Se.