UNITED STATES DISTRICT COURT
DISTRICT OF Connecticut

FILED
2004 APR -8  D 5:09
U.S. DISTRICT COURT
BRIDGEPORT CONN

CASE NO. 3:02 CV 1663 'RNC' 'DFM'
DATE 4-6-04

LETROY HUNDLEY '274106' 'prose' plaintiff

vs

PAMELA CHRISTie 'Defendant'

— Motion FOR DECLATORY Relief And Montary DAMAGES —

PROSE Respectfully MOVES THE COURT FOR Judgment In favor of THE Plaintiff in the form of the DECLatory Relief Request. BASED on THE Grounds THE Connecticut D.O.C Grievance Procedure DOES not exempt THE D.O.C from liability of the claim.

UNDER title S. G.S. 4-165-D Claims To D.O.C claims Commissioner Only Total $7,500 in Dollars THE Plaintifs claim exceeds THis limit there for PROmpting the civil claim.

ATTORNEY Generals office Has over kped this claim As claim Has Been Prolonged for Several monTHS.

Plaintiff Respectfully MOVES THE COURT For Judgment ON Montary DAMAGES in favor for THE Plaintiff AS injury and Emotional DAMAGES Have Been Argued As well As D.O.C Liability Established.

By /s/ Letroy Hundley
LETROY HUNDLEY 274106

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO 3:02CV1663 'RNC' 'DFM'

LETROY HUNDLEY '274106' Prose plaintiff

VS

PAMELA CHRISTie 'Defendant'

By. /s/ Letroy Hundley
Cheshire Correctional Inst.
900 Highland Ave.
Cheshire Ct. 06410

I Hereby Certify THAT A Copy of THE ForeGoing WAS sent By mail To THE Following on THis DAy 6 oF April 2004 TO

Lynn D. Wittenbrink
Assistant ATTORNEY General
Federal BAR No Ct. 08575
110 SHERMAN STREET
HARTford Ct. 06105

By. /s/ Letroy Hundley
LETROY HUNDLEY 274106