Re:   Motion for Declaratory Relief   [Doc. #57]

Denied without prejudice to filing in a separate action. This motion seeks relief relating to plaintiff's proposed claim under the Americans With Disabilities Act. Plaintiff's motion to add such a claim has been denied by a separate order on the ground that the claim is unrelated to the Eighth Amendment claim in this case. Accordingly, this motion is denied without prejudice.

So ordered.

FILED 2004 MAY 27 2:5[?]   U.S. DISTRICT COURT   BRIDGEPORT. CONN

Robert N. Chatigny, U.S.D.J.