UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 21 A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:02C1663 RNC DFM
DATE 9-17-04

LETROY HUNDLEY Pro Se 274106
V
officer PAMELA CHRISTEE Def

- MOTION TO THE COURT REQUESTING COMPELLING DISCOVERY and SANCTIONS TO THE DEFENDANTS -

UNDER RULE 37(a)(2), Fed. R. Civ. P., Plaintiff REQUEST THAT THE COURT Respectfully Compell Defence Counsel TO ADDRESS His motion of Documents filed 8-8-04 AS well As Interrogatories filed on 8-8-04 as well.
Plaintiff also Request THAT court impose Sanctions as feels fit
30 DAYS Has expired for Defendants TO Respond TO Discovery and Interrogatories.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO 3:02C1663 RNC JFM

CERTIFICATION

By *[signature]*
PRO. se
CARl ROBinson correctional Inst.
P.O. Box 1400
Enfield Ct. 06083 1400

I Here By Certify THAT A COPY of THE foregoing WAS Sent By mail To THE Following ON 17 DAY Sept 2004

Ast. ATTORNEY General
LyNN D. Witten Brink
110 SHERMAN STREET
HARTford Ct. 06105