UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LETROY HUNDLEY | : | NO. 3:02CV1663(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| OFFICER PAMELA CHRISTEE | : | SEPTEMBER 23, 2004 |

**OBJECTION TO "MOTION TO THE COURT REQUESTING
COMPELLING DISCOVERY AND SANCTIONS TO THE DEFENDANTS"**

The sole remaining defendant in this matter, Officer Christee, hereby objects to the plaintiff's motion dated September 17, 2004. The undersigned has not received any discovery requests from plaintiff since responding in August of 2003 to plaintiff's discovery.

DEFENDANT,
Officer Pamela Christee

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax  No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of September, 2004:

Letroy Hundley, Inmate No. 274106
Corrigan-Radgowski Correctional Institution
986 New London Turnpike
Uncasville, CT  06382


   /s/_____
Lynn D. Wittenbrink
Assistant Attorney General