UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 12 P 4:48

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| LETROY HUNDLEY, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:02CV1663(RNC)(DFM) |
| OFFICER PAMELA CHRISTIE, | : | |
| Defendant. | : | |

### ENDORSEMENT RULING

Plaintiff's motion to compel discovery and for sanctions (doc. #64) is denied without prejudice. Plaintiff is advised that the Local Rules of Civil Procedure require that before any discovery motion can be heard by the court, a memoranda shall be filed which contains "a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed, and immediately following each specification shall set forth the reason why the item should be allowed or disallowed. . . . Every memorandum shall include, as exhibits, copies of the discovery requests in dispute." See Local Rule of Civil Procedure 37(a)(3). Plaintiff may refile the motion in compliance with the local rules.

SO ORDERED at Hartford, Connecticut this 12th day of October, 2004.

Donna F. Martinez
United States Magistrate Judge