UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT 12 A 8: 12
U.S. DISTRICT COURT
HARTFORD, CT.

LETROY HUNDLEY   :
    Plaintiff,   :
    v.   : CASE NO. 3:02CV01663 (RNC)
CAPTAIN LEEN COMMONO, ET AL.   :
    Defendant.   :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_   A ruling on the following pending motions (orefm.): _____
Motion to Compel Discovery and Requesting Sanctions [doc. 64]

So ordered.

Dated at Hartford, Connecticut this _10_ day of _Oct._ 2004.

Robert N. Chatigny
United States District Judge