# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DATE 10-14-04

Plaintiff                               3:02CV1663 'RNC' 'DFM'

LETROY HUNDLEY '274106'

Vs.

PAMELA CHRISTEE

MOTion FoR SeTTlement Conference
motion for Settlement Conference UNDER FED RULES

PlAINTiff RESPECTfully files FOR A SETTlement
Conference Citing Plaintiffs undisputed facts OUT lined
in Exhibit D Questions #5, #7, #8. DEFENDANTS OWN Admissions.
Plaintiff feels further Proceedings Thereon would Be Time
Consuming and costly To THE COURT. Plaintiffs claim
Establishes evidence DEFENDANT WAS UNDER color of STATE
WHEN at wich Time Pkintiffs Rights were BROKEN.
PlAINTiff REQUEST A SEttlement AGREEment Conference.
citing DEFENDANTS Existence of Liability.

① Plaintiff cites DEFENDANTS Admission In Interrogatorie
Questioning Exhibit D THAT DEFENDANTS WAS Aware
of THE LOCATion of THE Bullentin Board Indicating
Inmates ON Seperation. Exhibit D Question #5

② Plaintiff cites DEFENDANTS Admission in Question #8
in RESPONSE To Explaining D.O.C RULES for Housed

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Plaintiff                                              DATE 10-14-04
LEROY HUNDLEY '274106'                        3:02CV1663'RNC'(DFM)
    VS.
PAMELA CHRISTEE

MOTION FOR SETTLEMENT CONFERENCE
motion for Settlement Conference Under FED. Rules
  Continued-

② Cont- Inmates WHO Have Had PRIOR altercations.
DEFENDANT STATES "A seperation order would Be
ISSUED". Exhibit D Question #8

③ Plaintiff cites DEFENDANTS Admission in Question #7
TO Explain How A "REC" CAGE in THE B1 Unit AREA
IS Opened? DEFENDANTS RESPONSE IS "By A Folger-
ADAMS Key." [A Folger-ADAMS Key IS MANUally PlACED
IN A slot & MANUALLY TURNED.] Exhibit D Question #7

PlAINTiff ARGUES DELIBERATE INDIfference.
DEFENDANT failed TO ACT IN A PROffesional manner
failed TO RESPOND TO A PATicular THREAT & DANGER
TO THE Plaintiffs AS A RESULT of THE PRISON Conditions
And PRACTices THAT are DANGEROUS TO All PRIsners
or AN IDENtifia3le GROUP.
FARMER V. BRENNAN. 114 S.Ct. at 1982

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PLAINTIFF                                  DATE 10-14-04
LEROY HUNDLEY '274106'           3:02CV1663'RNC' 'DFM'
VS.
PAMELA CHRISTEE

Motion FOR Settlement Conference
Motion FOR Settlement Conference Under FED RULE
Continued-

IF THERE IS Evidence THAT PRISON officials
know of THE RISK THE SUPREME COURT HAS
Held failure To Give Advance notice IS NOT
Dispositive.

Exhibits #6, #7 & #9 In Amended Complaint; Exhibits D
Questions #5, #7 & #8 Give note of SUPREME COURTS Ruleing

FARMER V. BRENNAN. 114 S.ct at 1984; RICHARD V. PENfold. 839 F.2d
392. 395-96 '7TH cir 1988'; Gullate V. Potts. 654 F.2d 1007.1013
'5TH cir. 1981'.

4.  The B-1 Unit described as a "POD AREA", is there [a] room for officers in that B-1 Unit?

**Response:**  Yes.

5.  Is there a bulletin board in the B-1 Unit with a list of inmates that are not to be allowed near each other for safety and security reasons?

**Response:**  Yes.

6.  Do you consider the safety of an inmate a priority?

**Response:**  Yes.

7.  Explain how a "Rec" cage in the B-1 Unit area is opened?

**Response:**  By a Folger-Adams key.

8.  Explain D.O.C. Rules for housed inmates that have had previous altercations as well as the chronic discipline restrictive housing rules for inmates that have had previous altercations?

**Response:**  A separation order would be issued.

9.  On July 1, 2002, the day of the incident, Inmates Hundley and McClean were housed in cells one away from each other; The Plaintiff in 32 cell and McClean in 34 cell; state the procedure for handling these two inmates?

2

# CERTIFICATION

I HEREBY THAT A COPY OF THE Foregoing was mailed to the following on this 14 DAY of OCT 04

LYNN D. Wittenbrink
Assistant ATTORNEY GENERAl
110 SHERMAN STREET
HArtford, ct 06105

By *(signature)*
LETROY HUNDLEY
Corrigan C.I.
986 Norwich New London Tpk.
Uncasville, Ct 06382