UNITE STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Plaintiff
LETROY HUNDLEY

VS.

PAMELA CHRISTEE

3:02CV1663 RNC (PTM)
DATE 10-14-04

MOTION TO WITHDRAW PLAINTIFFS Motion TO
Compell Discovery And SANCTIONS

Plaintiff WITHDRAWS His Motion TO Compell
AS DEFENCE COUNCil forwarded Discovery
And Interrogatories ON 10-23-04.

# CERTIFICATION

I HEREBY THAT A COPY OF THE Foregoing was mailed to the following on this 14 DAY OF OCT 04

LYNN D. Wittenbrink
Assistant ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, ct 06105

By /s/ Letroy Hundley
LETROY HUNDLEY
Corrigan C.I.
986 Norwich New London Tpk.
Uncasville, ct 06382