# UNITE STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Plaintiff

LEROY HUNDLEY

VS.

PAMELA CHRISTEE

DATE 10-24-04

3:02CV1663-RNC (DFM)

## Motion To WITHDRAW PlAINTiff's Motion TO Compell Discovery And SANCTions

Plaintiff WITHDRAWS His Motion TO Compell AS DEFENCE COUNCil forwarded Discovery And Interrogatories ON 10-23-04.

DENIED as moot because the court previously ruled on the motion to compel (doc. #64). SO ORDERED. 11/3/04

02cv1663 END 69

FILED 2004 NOV -3 P 1:05 U.S. DISTRICT COURT HARTFORD, CT.