UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 NOV -8  A 8: 28

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| LETROY HUNDLEY | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:02CV01663 (RNC) |
| | : | |
| CAPTAIN LEEN COMMONO, ET AL. | : | |
| | : | |
| Defendant. | : | |

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____ To conduct settlement conferences (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):_____
Motion for Settlement Conference (Doc. # 68)
Motion to Withdraw Motion to Compel (Doc. # 69)
Motion for Admission (Doc. # 70)

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this _5_ day of _Nov._ 2004.

_____
Robert N. Chatigny
United States District Judge