UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LETROY HUNDLEY,         :
                        :
    Plaintiff,          :
                        :
v.                      :   CASE NO. 3:02CV1663 (RNC)
                        :
LEEN COMMONO, ET AL.,   :
                        :
    Defendants.         :

FILED
2004 NOV 10 P 6: 04
U.S. DISTRICT COURT
HARTFORD, CT.

ENDORSEMENT RULING

Plaintiff's "Motion for Request for Admission under Rule 36(a)" (doc. #70) is denied. Under Rule 36(a) of the Federal Rules of Civil Procedure, "[a] party may serve upon any other party a written request for the admission, for purposes of the pending action only, of the truth of any matters within the scope of [discovery]." Permission from the court to serve a request for admission is not necessary in this instance. Plaintiff may serve the Request for Admission directly on the defendant Pamela Christee in accordance with the Federal Rules of Civil Procedure.

SO ORDERED at Hartford, Connecticut this 9th day of November, 2004.

Donna F. Martinez
United States Magistrate Judge