UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 23  P 4: 20
U.S. DISTRICT COURT
HARTFORD, CT.

LETROY HUNDLEY,    :
                   :
    Plaintiff,     :
                   :
v.                 :    CASE NO. 3:02CV1663(RNC)(DFM)
                   :
OFFICER PAMELA CHRISTIE,    :
                   :
    Defendant.     :

**RULING ON MOTION FOR SETTLEMENT CONFERENCE
AND CALENDAR AND SETTLEMENT CONFERENCE ORDER**

Plaintiff's motion for settlement conference (doc. #68) is granted. This case is scheduled for a telephonic settlement conference with the undersigned on January 4, 2005 at 2:30 p.m. Counsel for the defendants shall coordinate the conference call with the plaintiff and initiate the call to chambers on the date of the settlement conference. All parties are to be present on the call when contacting chambers.

I. <u>EXCHANGE OF OFFERS AND DEMANDS</u>. Settlement conferences are often unproductive unless the parties have exchanged offers and demands before the conference and made a serious effort to settle the case on their own. Therefore, **not less than 14 days before the conference**, the plaintiff shall serve a settlement demand upon counsel for the defendant. The demand shall be accompanied by the plaintiff's analysis of damages.

II. <u>CONFERENCE MEMORANDA</u>. Not later than five (5) working days prior to the conference counsel shall submit to chambers of

the undersigned an <u>ex parte</u>, confidential conference memorandum. The memorandum shall be double spaced in no less than 12 point font and shall not exceed 5 pages. It shall include the following: (A) a list of the claims and defenses; (B) the evidence in support of the claims and defenses; (C) a damages analysis; (D) a discussion of the strengths and weaknesses of the case; (E) the status of the case, including the discovery remaining and substantive motions filed or contemplated; and (F) settlement negotiations to date. The plaintiff's counsel shall attach a copy of the complaint to the plaintiff's <u>ex parte</u> memorandum.

III. <u>REQUESTS PERTAINING TO THE CONFERENCE</u>. Any requests pertaining to the conference shall be made to the chambers of the undersigned in writing, or by telephone confirmed in writing, no later than 10 days from the date of this order. Any counsel requesting continuances, which will be considered only for good cause shown, shall consult with all opposing counsel before making the request and, in the event of a continuance, shall notify all parties of the new date and time.

SO ORDERED this 03rd day of November, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge