UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -4 A 9: 35
U.S. DISTRICT COURT
HARTFORD, CT.

LETROY HUNDLEY :
:
    Plaintiff, :
:
v. : CASE NO. 3:02CV01663 (RNC)
:
CAPTAIN LEEN COMMONO, ET AL. :
:
    Defendant. :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___    To conduct settlement conferences (orefmisc./cnf);

___    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_    A ruling on the following pending motions (orefm.):_____
Motion for Leave to File a Motion to Compel Discovery (Doc. # 76)
_____
_____

So ordered.

Dated at Hartford, Connecticut this _3_ day of _January_ 2005.

Robert N. Chatigny
United States District Judge