```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| LETROY DEVON HUNDLEY, | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:02CV1663 (RNC) |
| LEEN COMMONO, ET AL., | : |
|     Defendants. | : |

### ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before March 5, 2005.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 5, 2005.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this    day of January 2005.

_____/s/RNC_____
Robert N. Chatigny
United States District Judge