UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LETROY HUNDLEY | : | PRISONER. |
| | : | NO. 3:02CV1663(RNC)(DFM) |
| VS. | : | |
| | : | |
| OFFICER PAMELA CHRISTIE | : | JANUARY 5, 2005 |

## RELEASE

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that

Letroy D. Hundley, does on behalf of himself, his successors and assigns, for and in consideration of the sum of $550.00 paid by the State of Connecticut and an agreement to review policy regarding separation orders at the MacDougall-Walker Correctional Institution, herewith releases and forever discharges, the State of Connecticut, Department of Correction, Captain L. Commono, Brian Murphy, all of the defendants in the above-captioned matter, all in their individual and official capacities, as well as all other present or former officers, agents and employees of the State of Connecticut, named as defendants in any lawsuit brought by Letroy D. Hundley or not, and all in their individual and official capacities, and the State of Connecticut itself, from all actions, causes of actions, suits, claims, controversies, damages and demands of every nature and name, in law or in equity, including attorneys' fees and costs, which Letroy D. Hundley, his successors and assigns, ever had, now has or hereafter can, shall or may have, including but not limited to the following matters:

*Letroy D. Hundley v. Captain Commono, Brian Murphy, Pamela Christie,*
3:02CV1663(DFM)
    **(the above-captioned matter)**

IN WITNESS WHEREOF, Letroy D. Hundley, does hereby set his hand this 11th day of January, 2005.

_____
Letroy D. Hundley

Subscribed and sworn to, before me, this 11th day of January, 2005.

_____
Commissioner of the Superior Court/Notary Public
My Commission Expires: 8/13/06