

**FILED**
2005 JAN 12 A 11: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LETROY HUNDLEY | : | PRISONER. |
| | : | NO. 3:02CV1663(RNC)(DFM) |
| VS. | : | |
| | : | |
| OFFICER PAMELA CHRISTIE | : | JANUARY 11, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs, both parties to bear their own costs in this matter.

THE PLAINTIFF

*/s/ Letroy Hundley*

Letroy D. Hundley, Inmate No. 274106
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

DEFENDANT
Pamela Christie

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: */s/ Lynn D. Wittenbrink*
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar No. ct 08575
lynn.wittenbrink@po.state.ct.us

January 14, 2005. Approved. So ordered.

Robert N. Chatigny, U.S.D.J.